IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JACKIE McLEOD, # 116274, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:08cv532-TMH |
| | ) (WO) |
| ANDY R. HUGHES, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on August 12, 2008, (Doc. # 7), that this case be dismissed without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case. After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for the plaintiff's failure to pay the full filing fee upon the initiation of this case.

An appropriate judgment will be entered.

Done this the 10th day of September, 2008.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE